IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERMONT EQUITY PARTNERS,<br>　　　　Appellant,<br>　v.<br>E. LYNN SCHOENMANN,<br>　　　　Appellee.<br>　　　　　　　　　　　　　　　　　／<br><br>ZANGLE, INC.,<br>　　　　Appellant,<br>　v.<br>E. LYNN SCHOENMANN,<br>　　　　Appellee.<br>　　　　　　　　　　　　　　　　　／<br><br>JAMES PAULETT CHARLTON,<br>　　　　Appellant,<br>　v.<br>E. LYNN SCHOENMANN,<br>　　　　Appellee.<br>　　　　　　　　　　　　　　　　　／ | No. C 11-05657 WHA<br>No. C 11-05747 WHA<br>No. C 11-05748 WHA<br><br><br><br><br>**ORDER CONSOLIDATING<br>BANKRUPTCY APPEALS** |

　　　The parties filed a stipulated request to consolidate the related bankruptcy appeals in the above titled actions (Dkt. No. 5). The appeals all arise from the same adversary proceeding and summary judgment order in bankruptcy court. For good cause shown, and in the interest of efficiency, the request to consolidate the appeals is **GRANTED**. All briefs in this consolidated appeal shall be filed under Case No. 11-cv-05657. All opening briefs are due on March 13, 2012. The appellee's briefs are due on April 13, 2012. Any reply briefs are due on April 23, 2012.

　　　**IT IS SO ORDERED.**

Dated: January 9, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE